CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:17-mj-00115-LTW All Defendants
# Internal Use Only

Case title: USA v. Hogan
Other court case number: 2:17cr12 USDC, Eastern District of Tennessee, Greenville

Date Filed: 02/16/2017
Date Terminated: 02/16/2017

Assigned to: Magistrate Judge Linda T. Walker

## Defendant (1)

**Nathan Ray Hogan**
*TERMINATED: 02/16/2017*
*also known as*
Nasty
*TERMINATED: 02/16/2017*
*also known as*
Nate
*TERMINATED: 02/16/2017*

represented by **Suzanne Hashimi**
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Suzanne_Hashimi@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846, 841(a)(1) and (b)(1)(A) CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE | |

Case 2:17-cr-00012-JRG-MCLC   Document 62-1   Filed 02/22/17   Page 1 of 2   PageID #: 124

**Plaintiff**

**USA**                            represented by    **Nicholas N. Joy**
                                                     U.S. Department of Justice-ATL
                                                     Suite 600
                                                     600 Richard B. Russell Building
                                                     75 Spring Street, S.W.
                                                     Atlanta, Ga 30303
                                                     (404)581-6269
                                                     Email: nicholas.joy@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2017 |   | Arrest (Rule 5) of Nathan Ray Hogan. (bdb) (Entered: 02/22/2017) |
| 02/16/2017 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Suzanne Hashimi, IA only as to Nathan Ray Hogan. Signed by Magistrate Judge Linda T. Walker on 2/16/2017. (bdb) (Entered: 02/22/2017) |
| 02/16/2017 | 2 | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker as to Nathan Ray Hogan: Initial Appearance in Rule 5(c)(3) Proceedings held on 2/16/2017. Defendant waives Identity Hearing. Waiver filed. Government's Oral Motion for Detention. Detention Hearing to be announced in charging district. Commitment issued. (Attachments: # 1 Arrest Warrant) (Tape #FTR) (bdb) (Entered: 02/22/2017) |
| 02/16/2017 | 3 | WAIVER of Identity Hearings by Nathan Ray Hogan. (bdb) (Entered: 02/22/2017) |
| 02/16/2017 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Nathan Ray Hogan. Defendant committed to District of USDC, Eastern District of Tennessee, Greenville. Signed by Magistrate Judge Linda T. Walker on 2/16/2017. (bdb) (Entered: 02/22/2017) |
| 02/16/2017 |   | Magistrate Case Closed. Defendant Nathan Ray Hogan terminated. (bdb) (Entered: 02/22/2017) |
| 02/22/2017 |   | Transmittal of Rule 5(c)(3) Documents as to Nathan Ray Hogan, sent to USDC, Eastern District of Tennessee, Greenville via electronic mail. Original case file, Commitment Order and docket sheet. (bdb) (Entered: 02/22/2017) |

Case 2:17-cr-00012-JRG-MCLC   Document 62-1   Filed 02/22/17   Page 2 of 2   PageID #: 125